UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN SMITH,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>RONALD OLIVER, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:25-cv-01617-MMD-BNW<br><br>ORDER |

I.　DISCUSSION

On August 28, 2025, pro se plaintiff Sean Smith, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). But Plaintiff did not personally sign the Complaint under penalty of perjury. (ECF No. 1-1 at 10). The Court will give Plaintiff until **October 10, 2025**, to file a signed first amended complaint.

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Nev. L.R. LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

The Court cannot consider the original complaint because Plaintiff did not personally sign it. If Plaintiff wants to proceed with this action, Plaintiff must file an amended complaint that is signed personally by him. Plaintiff is advised that an amended complaint replaces the original complaint, so the amended complaint must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989). This means the amended complaint must contain all claims, defendants, and factual allegations that Plaintiff wishes to pursue in this action. The submission of a mere signature page will not be enough. Moreover, Plaintiff should file the amended

complaint on this Court's approved civil-rights form, and it must be titled "First Amended Complaint."

## II.    CONCLUSION

It is therefore ordered that Plaintiff has **until October 10, 2025**, to submit a signed amended complaint to this Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a signed complaint.

The Clerk of the Court is directed to send Plaintiff Sean Smith the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

DATED: September 10, 2025.

_____
UNITED STATES MAGISTRATE JUDGE